| | |
|---|---|
| United States District Court, District of Colorado<br>Court Address: 901 19th Street<br>                Denver, CO 80294 | |
| Plaintiff   CIT COMMUNICATIONS FINANCE CORPORATION<br><br>Vs:<br><br>Defendant GSW HOLDINGS, INC., (FKA PRIZM SOLUTIONS, INC., FKA PRIZM SOLUTIONS, LLC) | COURT USE ONLY |
| | Case Number: 05-J-18 |
| Attorney (Name and Address):<br>Arthur and Perlmutter<br>Donald S. Perlmutter, Reg. #25<br>2l2l So. Oneida Street, #330<br>Denver, CO 80224<br>Phone Number: (303) 69l-0205<br>Fax Number: (303) 69l-0227<br>Email: artperl@qwest.net | Division:            Courtroom: |

**ORDER TO SET RULE 69 SUBPOENA**

   This matter is before the Court on plaintiff's Motion to Set Hearing on subpoena under Rule 69(d).  The Court having reviewed plaintiff's motion, as well as the Court's file to date in this matter, being fully advised and finding good cause hereby orders as follows:

   Plaintiff's motion is hereby granted and hearing on Subpoena under Rule 69(e) is hereby set for Room A-502, Magistrate Watanabe, on 9/26/05 at 9:30 A.M.

   DONE AND SIGNED BY THE COURT this 29th day of August, 2005.

                              s/MICHAEL J. WATANABE
                              U. S. Magistrate Judge