| | |
|---|---|
| United States District Court<br>District of Colorado<br>Court Address: 901 19TH Street<br>Denver, CO 80202 | |
| Plaintiff : CIT COMMUNICATIONS FINANCE CORPORATION<br><br>Vs:<br><br>Defendant: GSW HOLDINGS, INC. (F/K/A PRIZM SOLUTIONS, INC. F/K/A PRIZM SOLUTIONS, LLC) | COURT USE ONLY |
| Attorney (Name and Address):<br>Arthur and Perlmutter<br>Donald S. Perlmutter, Reg. #25<br>2121 So. Oneida Street, #330<br>Denver, CO 80224<br>Phone Number: (303) 691-0205<br>Fax Number: (303) 691-0227<br>Email: artperl@qwest.net | Case Number: 05-J-18<br><br>Division:          Courtroom: |

**ORDER**

In accordance with the Motion to Set Hearing Under Rule 69(e), of the plaintiff, by counsel, the Court being fully advised therein and finding good cause hereby orders as follows:

Plaintiff's motion is hereby granted and a new hearing date for subpoena under Rule 69(e) is set for October 28, 2005 at 10:00 A.M.

DONE AND SIGNED BY THE COURT this 3rd day of ~~September~~ October, 2005.

_____
U. S. District Court Magistrate

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE