| | |
|---|---|
| United States District Court<br>District of Colorado<br>Court Address: 901 19TH Street<br>Denver, CO 80202 | |
| Plaintiff : CIT COMMUNICATIONS<br>FINANCE CORPORATION<br><br>Vs:<br><br>Defendant: GSW HOLDINGS, INC. (F/K/A<br>PRIZM SOLUTIONS, INC. F/K/A PRIZM<br>SOLUTIONS, LLC) | COURT USE ONLY |
| Attorney (Name and Address):<br>Arthur and Perlmutter<br>Donald S. Perlmutter, Reg. #25<br>2121 So. Oneida Street, #330<br>Denver, CO 80224<br>Phone Number: (303) 691-0205<br>Fax Number: (303) 691-0227<br>Email: artperl@qwest.net | Case Number: 05-J-18<br>05- rj -0008<br><br><br>Division:        Courtroom: A502 |

## ORDER REGARDING RULE 69(e) SUBPOENA

( Docket no 8 )

The Court has received Plaintiff's Motion to Vacate Hearing on Rule 69(e) Subpoena set for October 28, 2005. The Court being fully advised by Plaintiff's Motion and finding good cause, noting that the parties have agreed to meet at the office of Plaintiff's counsel, hereby ORDERS as follows:

Plaintiff's Motion to Vacate Hearing on Rule 69(e) Subpoena is hereby granted, ~~to be reset on notice if necessary.~~ (X)

DONE AND SIGNED by the Court this 27TH day of October, 2005.

(X) Further Ordered
That Plaintiffs
Shall Reset The Rule
69(e) Hearing by
November 18, 2005
or This Court will Quash
The subpoena And Dismiss
This Case.

_____
U. S. District Court Magistrate

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE